

# Fourth Court of Appeals
## San Antonio, Texas

December 21, 2018

No. 04-18-00980-CV

**IN RE** Crystal Gayle **CALDWELL-BAYS**

Writ of Habeas Corpus Proceeding[1]

### ORDER

On December 21, 2018, relator filed a petition for writ of habeas corpus. This court believes a serious question concerning the relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than January 17, 2019.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

The court hereby ORDERS, pending final resolution of the petition and upon payment of a cash bond in the amount of $4,500.00 payable to the 451st Judicial District Court, that Crystal Gayle Caldwell-Bays be released from custody under the trial court's "Order Holding Crystal Gayle Caldwell-Bays in Contempt, Granting Judgment, and for Commitment to County Jail" entered in Cause No. 16-237CCL, styled *In the Matter of the Marriage of Crystal Gayle Caldwell-Bays and Marvin Bays and In the Interest of B.J.B., B.B.B., J.C.B., and M.B.B., Children*, filed in the 451st Judicial District Court, Kendall County, Texas. The cash bond in the amount of $4,500.00 is sufficient to release Crystal Gayle Caldwell-Bays from both the civil and criminal contempt commitments.

It is so **ORDERED** on December 21, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 16-237CCL, styled *In the Matter of the Marriage of Crystal Gayle Caldwell-Bays and Marvin Bays and In the Interest of B.J.B., B.B.B., J.C.B., and M.B.B., Children*, pending in the 451st Judicial District Court, Kendall County, Texas, the Honorable Michael P. Peden presiding.